UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 APR 14  P 2: 23

U.S. DISTRICT COURT
BRIDGEPORT, CONN

PAUL LOWE and NADINE
CARTWRIGHT-LOWE, P/P/A
PAUL LOWE, JR.

v.   3:00CV437 (AHN)

CITY OF SHELTON, SHELTON
BOARD OF EDUCATION,
SHELTON HIGH SCHOOL, DONALD
RAMIA, BETH SMITH and DEBORAH
KELLER

## JUDGMENT

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 15, 2004, a Ruling on Defendants' Motion for Summary Judgment was entered by the Court granting defendants' motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 14th day of April, 2004.

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

Entered on Docket _____