UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR -5 P 3: 08
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| PAUL LOWE AND NADINE CARTWRIGHT-LOWE, P/P/A PAUL LOWE, JR. | : : : : | CIVIL ACTION NO.: 3:00CV437(AHN) |
| VS. | : : | |
| CITY OF SHELTON, BOARD OF EDUCATION, SHELTON HIGH SCHOOL, DONALD RAMIA, BETH SMITH, AND DEBORAH KELLER | : : : : : | APRIL 1, 2004 |

## NOTICE OF APPEAL

1. Pursuant to F.R.A.P. 4(a) (1), Paul Lowe and Nadine Cartwright-Lowe P/P/A Paul Lowe, Jr. hereby give notice and appeal to the United States Court of Appeals for Second Circuit from the following Judgment or Order entered for the defendants City of Shelton, Board of Education, Shelton High School, Donald Ramia, Beth Smith, and Deborah Keller.

2. The Decision/Judgment or Order in this action was filed on March 15, 2004, and received via e-mail on March 17, 2004.

PAUL LOWE AND NADINE
CARTWRIGHT-LOWE P/P/A
PAUL LOWE, JR.

By: _____
IKECHUKWU UMEUGO
FED. BAR #CT04536
UMEUGO & ASSOCIATES, P.C.
620 BOSTON POST ROAD
P.O. BOX 26373
WEST HAVEN, CT 06516
(203) 931-2680