UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 APR 14  P 12: 49
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| PAUL LOWE AND NADINE CARTWRIGHT-LOWE, P/P/A PAUL LOWE, JR. PLAINTIFF APPELLANT | : | NO.: 3:00 CV 00437(AHN) |
| V. | : | USCA: |
| CITY OF SHELTON, BOARD OF EDUCATION, SHELTON HIGH SCHOOL, DONALD RAMIA, BETH SMITH, AND DEBORAH KELLER | : | APRIL 12, 2004 |

### INDEX TO THE RECORD ON APPEAL

### VOLUME I

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 3/2/2000 | 1 | COMPLAINT | 1 |
| | 5 | ANSWER | 2 |
| | 6 | REPLY | 3 |
| | 51 | JUDGMENT/DECISION | 4 |
| 8/9/02 | 22 | DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND ATTACHED EXHIBITS | 5 |

| Date | Doc # | Description | Page |
|---|---|---|---|
| 1/13/02 | 24, 25 | PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND ATTACHED EXHIBITS | 6 |
| 1/13/02 | 42, 43, 48, 49 | PLAINTIFF'S LOCAL RULE 9(C)2 STATEMENT PURSUANT TO COURT ORDER ON JANUARY 9, 2003 | 7 |
| 10/18/03 | 42, 43, 48, 49 | PLAINTIFF'S EXHIBITS ATTACHED WITH THE PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO COURT ORDER ON JANUARY 9, 2003 | 8 |
| 10/18/03 | 33, 34 | PLAINTIFF'S RESPONSE TO DEFENDANT'S REPLY TO PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT | 9 |
| 4/22/2003 | 50 | RULING ON MOTION TO STRIKE | 10 |

PAUL LOWE AND NADINE CARTWRIGHT-LOWE P/P/A PAUL LOWE, JR.

By: _____
IKECHUKWU UMEUGO
FED. BAR #CT04536
UMEUGO & ASSOCIATES, P.C.
620 BOSTON POST ROAD
P.O. BOX 26373
WEST HAVEN, CT  06516
(203) 931-2680

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL LOWE AND NADINE CARTWRIGHT-LOWE, P/P/A PAUL LOWE, JR. PLAINTIFF APPELLANT | : | NO.: 3:00 CV 00437(AHN) |
| V. | : | USCA: |
| CITY OF SHELTON, BOARD OF EDUCATION, SHELTON HIGH SCHOOL, DONALD RAMIA, BETH SMITH, AND DEBORAH KELLER | : | APRIL 12, 2004 |

CERTIFICATE OF SERVICE

I, Ikechukwu Umeugo, hereby certify that on the 12th day of April 2004, I served by United States Mail the Index to the Record on Appeal, Volume I on the following:

Attorney Thomas E. Katon
Attorney Karen Baldwin Kravitz
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
New Haven, CT  06507

*[signature]*
Ikechukwu Umeugo, Esquire